No. 77–1697. MARSHALL, SECRETARY OF LABOR *v.* DANIEL CONSTRUCTION CO., INC. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE BLACKMUN would grant certiorari.

No. 77–1703. BEATTY *v.* LYCOMING COUNTY CHILDREN'S SERVICES ET AL.; and
No. 77–1704. LEHMAN *v.* LYCOMING COUNTY CHILDREN'S SERVICES ET AL. Sup. Ct. Pa. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would grant certiorari. Reported below: 477 Pa. 322, 383 A. 2d 1228.

No. 77–1710. NATIONAL WILDLIFE ART EXCHANGE, INC., ET AL. *v.* FRANKLIN MINT CORP. C. A. 3d Cir. Certiorari denied. Motion of Ambassador Graphic Arts, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 77–1780. PENNSYLVANIA *v.* UNITED STATES TOBACCO Co. Sup. Ct. Pa. Motion of Multistate Tax Commission for leave to file a brief as *amicus curiae* granted. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 77–1785. KERR-MCGEE CHEMICAL CORP. *v.* ANDRUS, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE POWELL would grant certiorari.